## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2297 Disciplinary Docket No. 3 |
| | : |
| ERIN ALMA POHLAND | : Board File No. C4-16-434 |
| | : |
| | : Supreme Court of the State of Alaska at |
| | : No. S-16219 |
| | : |
| | : Attorney Registration No. 93477 |
| | : |
| | : (Out of State) |

## ORDER

AND NOW, this 9th day of November, 2016, having failed to reply to this Court's directive of September 21, 2016, to provide reasons against the imposition of reciprocal discipline, Erin Alma Pohland is disbarred from the practice of law in this Commonwealth. She is directed to comply with all the provisions of Pa.R.D.E. 217.